

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00368-CV

IN RE STOCKTON BEND 100                                         RELATOR
JOINT VENTURE, A TEXAS JOINT
VENTURE

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL:  GABRIEL, J; LIVINGSTON, C.J.; AND GARDNER, J.

DELIVERED:  October 31, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).